IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIM. NO.  02-403 |
| v. | : | |
| | : | CIVIL NO. 09-689 |
| KOURTNEY DWAYNE KAMA | : | |

### O R D E R

AND NOW, this  8th  day of  August , 2014, upon consideration of Petitioner's Motion Under 28 U.S.C. § 2255 (ECF No. 115), and all papers submitted in support thereof and opposition thereto, it is **ORDERED** that:

1. Defendant's Habeas Corpus Motion Under 28 U.S.C. § 2255 is **DENIED**;

2. No Certificate of Appealability shall issue.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**